UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

POLIVIO MILTON ROSERO MERA,

    Defendant.
_____/

## SPEEDY TRIAL WAIVER

The Defendant, POLIVIO MILTON ROSERO MERA, in person and by counsel hereby deposes and says as follows:

1. He was arraigned on October 16, 2020, on the present charges.

2. He understands that under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), he is entitled to a trial of his case within seventy (70) days from the date following indictment or the date he first appeared before a judicial officer in this district, whichever comes last, minus applicable excludable delays under the Speedy Trial Act.

3. On December 21, 2020, undersigned counsel notified Assistant U.S. Attorney Joseph Schuster that it was Polivio Milton Rosero Mera's intention to plead guilty; enter into a substantial assistance plea agreement; and waive his rights under the Speedy Trial Act.

4. Polivio Milton Rosero Mera hereby waives his rights under the Speedy Trial Act from December 24, 2020, through and including April 30, 2021. He specifically waives his right to seek



dismissal of the indictment as set out in 18 U.S.C. § 3162(a)(2) and further that he will not move for a dismissal based on a lack of a trial within the seventy (70) days called for by the Speedy Trial Act.

Dated: 02.25.21

POLIVIO MILTON ROSERO MERA
Defendant

Respectfully submitted,

LAW OFFICES OF OSCAR ARROYAVE, P.A.
2600 S. Douglas Road, Suite 1004
Coral Gables, FL 33134
(305)444-0022
Arroyavelaw@gmail.com
Attorney for Polivio Milton Rosero Mera

BY: 
OSCAR ARROYAVE, ESQ.
Florida Bar No. 0298859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of February 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: 
OSCAR ARROYAVE, ESQ.

2