UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20604-CR-ALTONAGA(s)

UNITED STATES OF AMERICA

vs.

POLIVIO MILTON ROSERO MERA,
   a/k/a "Leonidas,"

      Defendant.
_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the government and the Defendant, POLIVIO MILTON ROSERO MERA, a/k/a "Leonidas," ("ROSERO MERA") are sufficient to prove the Defendant's guilt for Count Two of Superseding Indictment 17-20604-CR-ALTONAGA(s), which charges the Defendant with a violation of Title 21, United States Code, Sections 959(a)(2) and 963.

More specifically, from at least as early as in or about January 2017, until at least April 2017, the Defendant, ROSERO MERA, along with others, organized maritime shipments of multiple hundred-kilogram loads of cocaine on go-fast vessels from Colombia to countries in Central America. ROSERO MERA and his coconspirators delivered the cocaine to other organizations in Central America for importation into the United States. For example, in February 2017, ROSERO MERA, and others, organized the shipment of approximately 897 kilograms of cocaine on a maritime vessel from Colombia to Central America for importation into the United States. In March 2017, ROSERO MERA, and others, also organized the shipment of approximately 952 kilograms of cocaine on a maritime vessel from Colombia to Central



America for importation into the United States. ROSERO MERA knew that the cocaine in both these shipments would ultimately be imported into the United States.

In the conspiracy, ROSERO MERA is responsible for the shipment or attempted shipment of at least 1,800 kilograms of cocaine. ROSERO MERA has acknowledged his role in the narcotics conspiracy as described more fully in the superseding indictment and this factual summary.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the Defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 7/9/2021   By: _____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

Date: 7/9/21   By: _____
OSCAR ARROYAVE, ESQ.
ATTORNEY FOR DEFENDANT

Date: 7-7-21   By: _____
POLIVIO MILTON ROSERO MERA
DEFENDANT

2