UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**POLIVIO MILTON ROSERO MERA**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Seal [ECF No. 181]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until **September 8, 2022**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2021.

                                              **CECILIA M. ALTONAGA**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record