UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**POLIVIO MILTON ROSERO MERA**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Sentencing Memorandum and Motion for a Downward Variance [ECF No. 182], filed under seal on September 7, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 17th day of September, 2021.

                                                                                                                  _____
                                                                                                                   **CECILIA M. ALTONAGA**
                                                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record